

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00405-CV

———————————————

ANNTINA CHEATHAM, Appellant

V.

ALISETTY INVESTMENTS LLC C/O HARIKISHORE ALISETTY, Appellee

---

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2023-006131-1

---

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

## MEMORANDUM OPINION

On June 26, 2024, we received from pro se Appellant Anntina Cheatham a document that we construed as an appellant's brief. On July 12, 2024, we notified Cheatham that her brief did not conform with Texas Rules of Appellate Procedure 9.4(i)–(j)(1), 9.5, and 38.1(a)–(k) and with Second Court of Appeals Local Rule 1.A. *See* Tex. R. App. P. 9.4(i)–(j)(1), 9.5, 38.1(a)–(k); 2d Tex. App. (Fort Worth) Loc. R. 1.A. We directed Cheatham to file an amended brief complying with those rules no later than July 22, 2024. *See* Tex. R. App. P. 9, 38; 2d Tex. App. (Fort Worth) Loc. R. 1. We also warned her that if she did not do so, we could strike her noncompliant brief and dismiss the appeal. *See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3. We have received no response.

Because Cheatham has failed to file a rule-compliant amended brief after we afforded her an opportunity to do so, we strike her brief and dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 38.9(a), 42.3(b), 43.2(f).

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Delivered: August 22, 2024